UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TINA BONNEAU                                                                                    Dkt. no.
                                                                                                              11 cv 6273 (CJS)
     Plaintiff

     v.

STATE UNIVERSITY OF NEW YORK AT BROCKPORT,
PROF. DEBRA FISHER, PROF. MELISSA BROWN,
PROF. PHYLLIS KLODA, KAREN LOGSDON, and
ASSISTANT DEAN VIRGINIA BACHELER, INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES,
     Defendants
_____

Sirs/Madams:

     Please take notice that upon the memorandum of law filed herewith, and upon all the papers and proceedings heretofore had in this matter, Plaintiff will move this Court, before the Hon. Charles J. Siragusa, USDJ, at 1360 U.S. Courthouse, 100 State Street, Rochester, NY, 14614 on the 3d day of February , 2014, for reconsideration of the Amended Decision and Order filed on December 17, 2013, or in the alternative, granting Plaintiff leave to amend the complaint, together with such further, other and different relief as this Court deems just in the premises.

     Yours, etc.

     /s/

Aaron David Frishberg
Attorney for Plaintiff
116 W. 111th Street
New York, NY 10026
212 740 4544